IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARSHALL ELEVATOR COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | No. 2:10-cv-1715-GLL |
| INTERNATIONAL UNION OF ) | |
| ELEVATOR CONTRACTORS ) | Judge Lancaster |
| ) | |
| Defendant ) | |

## ORDER OF COURT

AND NOW, this 10 day of February, 2011, upon consideration of the pleadings of the parties, and, it appearing that there is no objection to the dismissal of this action without prejudice, it is hereby ORDERED that the within captioned action is dismissed, without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

_____
GARY LANCASTER
CHIEF UNITED STATES DISTRICT JUDGE